**James Wright PORTER, Appellee,**

**v.**

**Nathan JOHNSON; Robert D. Johnson; Northland Auto Center, Inc., Appellants.**

No. 08–1291.

United States Court of Appeals, Eighth Circuit.

Submitted: July 23, 2009.

Filed: July 28, 2009.

---

1. The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.

Patrick T. Dougherty, Dougherty & Dougherty, argued, Sioux Falls, SD, for Appellee.

Timothy M. Engel, May & Adam, argued, Pierre, SD, for Appellants.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Nathan Johnson, Robert Johnson, and Northland Auto Center appeal from an order of the District Court[1] that reversed the Bankruptcy Court's grant of summary judgment in their favor. Upon careful *de novo* review, *see Contemporary Indus. Corp. v. Frost,* 564 F.3d 981, 984 (8th Cir.2009) (standard of review), we conclude that the District Court properly reversed the grant of summary judgment for the reasons stated by the court in its opinion and that the arguments raised in appellants' brief provide no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Charles B. Kornmann, United States District Judge for the District of South Dakota.